UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) PEDRO BAEZ,<br>(2) ANTHONY BAEZ,<br>(3) AMANDA FORD,<br>(4) MONICA TROCHE,<br>(5) BRANNY TAVERAS,<br>(6) SHASTAALENA BLAIR,<br>(7) JESSICA HUGHES,<br>(8) VALERIE LUCIER,<br>(9) PABLO VIDARTE HERNANDEZ,<br>(10) ADIANGEL PAREDES,<br>(11) KEVIN MARTINEZ,<br>(12) RICKY FIGUEROA,<br>(13) PEDRO VILLOT-SANTIAGO,<br>(14) IVAN TORRES,<br>(15) JONATHAN VILLOT,<br>(16) ABEL RODRIGUEZ RIVERA,<br>(17) HECTOR MATOS, and<br>███████████████████,<br><br>Defendants | Criminal No. 19-cr-40049-TSHs |

## INTERIM STATUS REPORT

On July 22, 2020, the defendants were indicted in an eight count superseding indictment charging: (1) Count One: conspiracy to distribute and to possess with intent to distribute one kilogram or more of heroin, 400 grams or more of fentanyl, 280 grams or more of cocaine base, and 500 grams or more of cocaine, in violation of 21 U.S.C. § 846; (2) Counts Two and Three: distribution of 40 grams or more of fentanyl and heroin, and aiding and abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi), and 18 U.S.C. § 2; (3) Counts Four and Five: distribution of 100 grams or more of heroin and 40 grams or more of fentanyl, and aiding and abetting, in

violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(i), 841(b)(1)(B)(vi), and 18 U.S.C. § 2; (4) Counts Six and Seven: distribution of 400 grams or more of fentanyl and 100 grams or more of heroin, and cocaine, and aiding and abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(B)(i), and 18 U.S.C. § 2; and Count Eight: conspiracy to distribute and to possess with intent to distribute 280 grams or more of cocaine base and 500 grams or more of cocaine, in violation of 21 U.S.C. § 846.

Defendant (2) Anthony Baez has pleaded guilty and was sentenced on December 1, 2020. Defendant (8) Valerie Lucier pleaded guilty on September 2, 2020. Defendant (6) Shastaalena Blair is scheduled to enter a guilty plea on January 5, 2021. Defendant (1) Pedro Baez filed a motion for a Rule 11 hearing, however, the court has not yet set a date for that hearing. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Defendants (1) Pedro Baez, (9) Pablo Vidarte Hernandez, (10) Adiangel Paredes, and (13) Pedro Villot-Santiago have been in custody since their arrests on July 23, 2020. The remaining defendants are on pre-trial release. Pursuant to Local Rule 116.5(b), and after consulting with counsel for the defendants,[1] the government submits the following status report.

1. **Automatic Discovery and Discovery Requests**

The government has completed automatic discovery.

2. **Timing of Additional Discovery**

The government does not anticipate providing any additional automatic discovery.

3. **Timing of Additional Discovery Requests**

The defendants have not made any additional discovery requests at this time.

---

[1] As of this filing, the government had conferred with counsel for all of the defendants, except counsel for defendant (7) Jessica Hughes.

### 4. Protective Orders

The Court entered a protective order on November 27, 2019. The government does not anticipate the need for any additional protective orders at this time.

### 5. Pretrial Motions

The defendants have not filed any pretrial motions under Fed. R. Crim. P. 12(b). The defendants reserve the right to file after review of the discovery.

### 6. Timing of Expert Disclosures

The Court has not yet established a date for expert witness disclosures. The government submits that drug analysts, agents, and potentially a fingerprint examiner will be the only expert witnesses likely to be called by the government. Accordingly, the government submits that expert disclosures 21 days before trial should be sufficient.

### 7. Defenses

It is too early for the defense to assess this issue.

### 8. Excludable Delay

Zero days of non-excludable time have accrued.

### 9. Plea Discussions, Trial

The government and some defendants have begun discussions regarding potential pleas. It is therefore difficult to assess the likelihood of trial. Depending on how many defendants would remain at trial, the government anticipates trial could last from one to two weeks.

### 10. Request for a Further Status Conference

The matter is currently scheduled for a final status conference for the first eight defendants, and as an interim status conference for the remaining defendants, for December 15, 2020. A number of the defendants have requested additional time to review the discovery and the parties

request that the Court set a further status conference in 60 days. As such, the government proposes that the Court continue the interim status conference to a date in February 2021.

DATED: December 11, 2020

                                             Respectfully submitted,

                                             ANDREW E. LELLING
                                             United States Attorney

By:   */s/ Alathea E. Porter*
        Alathea E. Porter
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2020 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                             */s/ Alathea E. Porter*
                                             Alathea E. Porter
                                             Assistant U.S. Attorney