UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) PEDRO BAEZ,<br>(2) ANTHONY BAEZ,<br>(3) AMANDA FORD,<br>(4) MONICA TROCHE,<br>(5) BRANNY TAVERAS,<br>(6) SHASTAALENA BLAIR,<br>(7) JESSICA HUGHES,<br>(8) VALERIE LUCIER,<br>(9) PABLO VIDARTE HERNANDEZ,<br>(10) ADIANGEL PAREDES,<br>(11) KEVIN MARTINEZ,<br>(12) RICKY FIGUEROA,<br>(13) PEDRO VILLOT-SANTIAGO,<br>(14) IVAN TORRES,<br>(15) JONATHAN VILLOT,<br>(16) ABEL RODRIGUEZ RIVERA,<br>(17) HECTOR MATOS, and<br>(18) RAFAEL HIDALGO RODRIGUEZ,<br><br>               Defendants | Criminal No. 19-cr-40049-TSHs |

## INTERIM STATUS REPORT

On July 22, 2020, the defendants were indicted in an eight count superseding indictment charging: (1) Count One: conspiracy to distribute and to possess with intent to distribute one kilogram or more of heroin, 400 grams or more of fentanyl, 280 grams or more of cocaine base, and 500 grams or more of cocaine, in violation of 21 U.S.C. § 846; (2) Counts Two and Three: distribution of 40 grams or more of fentanyl and heroin, and aiding and abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi), and 18 U.S.C. § 2; (3) Counts Four and Five: distribution of 100 grams or more of heroin and 40 grams or more of fentanyl, and aiding and abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(i), 841(b)(1)(B)(vi), and 18 U.S.C. § 2; (4)

Counts Six and Seven: distribution of 400 grams or more of fentanyl and 100 grams or more of heroin, and cocaine, and aiding and abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(B)(i), and 18 U.S.C. § 2; and (5) Count Eight: conspiracy to distribute and to possess with intent to distribute 280 grams or more of cocaine base and 500 grams or more of cocaine, in violation of 21 U.S.C. § 846.

Defendant (2) Anthony Baez has pleaded guilty and was sentenced on December 1, 2020. Defendant (8) Valerie Lucier pleaded guilty on September 2, 2020.  Defendant (6) Shastaalena Blair pleaded guilty on January 5, 2021.  Defendant (1) Pedro Baez pleaded guilty on February 2, 2021.  On February 3, 2021, defendant (18) Rafael Hidalgo Rodriguez was arrested in Puerto Rico, and on February 4, 2021 he had his initial appearance in the United States District Court for the District of Puerto Rico.  On March 5, 2021, defendant (18) Rafael Hidalgo Rodriguez appeared before this Court for his arraignment on the superseding indictment.

Defendants (9) Pablo Vidarte Hernandez, (10) Adiangel Paredes, and (13) Pedro Villot-Santiago have been in custody since their arrests on July 23, 2020.  The remaining defendants are on pre-trial release.  Pursuant to Local Rule 116.5(b), and after consulting with counsel for the defendants, the government submits the following status report.

1. **Automatic Discovery and Discovery Requests**

The government has completed all automatic discovery.

2. **Timing of Additional Discovery**

The government does not anticipate providing any additional discovery.

3. **Timing of Additional Discovery Requests**

The government has responded to all discovery requests made by defendants.  The defendants reserve the right to make additional discovery requests.

**4. Protective Orders**

The Court entered a protective order on November 27, 2019. The government does not anticipate the need for any additional protective orders at this time.

**5. Pretrial Motions**

The defendants have not filed any pretrial motions under Fed. R. Crim. P. 12(b). The defendants reserve the right to file after review of the discovery.

**6. Timing of Expert Disclosures**

The Court has not yet established a date for expert witness disclosures. The government submits that drug analysts, agents, and potentially a fingerprint examiner will be the only expert witnesses likely to be called by the government. Accordingly, the government submits that expert disclosures 21 days before trial should be sufficient.

**7. Defenses**

It is too early for the defense to assess this issue.

**8. Excludable Delay**

Zero days of non-excludable time have accrued.

**9. Plea Discussions, Trial**

The government and some defendants have begun discussions regarding potential pleas. It is therefore difficult to assess the likelihood of trial. Depending on how many defendants would remain at trial, the government anticipates trial could last from one to two weeks.

**10. Request for a Further Status Conference**

The matter is currently scheduled for a final status conference on April 1, 2021. A few of the defendants have requested additional time to review the discovery, and the parties need additional time to discuss potential pre-trial resolution. As such, the parties request that the Court

continue the final status conference for 60 days. The parties hereby move this Honorable Court for an Order designating the period from April 1, 2021 through the date set for the next status conference as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), on the ground that the ends of justice served in the delay outweigh the best interests of the public and the defendants in a speedy trial.

DATED: March 25, 2021

                                            Respectfully submitted,

                                            ANDREW E. LELLING
                                            United States Attorney

By:    */s/ Alathea E. Porter*
        Alathea E. Porter
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2021 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                    /s/ *Alathea E. Porter*
                                                    Alathea E. Porter
                                                    Assistant U.S. Attorney